UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,                                            CASE NO.: 6:25-cv-00158-CEM-LHP
Plaintiff,

v.

MJB CHELSEA OCEAN VILLAGE, LLC,
and TOUCH OF ITALY, INC.,
Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, and Defendants, MJB Chelsea Ocean Village, LLC and Touch

of Italy, Inc., hereby notify the Court that Plaintiff and Defendant have resolved the

matters in controversy in this action between them and are requesting that this case be

dismissed with prejudice. **Dated June 12, 2025.**


By: /s/ Anthony T. Litsch III          By: s/ Peter R. Siegel
Anthony T. Litsch III                  PETER R. SIEGEL
1368 Turnbull Bay Road, Suite 303      GREENSPOON MARDER LLP
New Smyrna Beach, FL 32168             200 East Broward Boulevard
Phone: (386) 409-7252                  Suite 1800
Email: bb_litsch4@att.net              Fort Lauderdale, FL 33301
Email: anthonytlitschiii@gmail.com     Phone: (954) 491-1120 Ext. 1687
Florida Bar #0084437                   Fax: (305) 537-3900
Attorney for Plaintiff                 Peter.Siegel@gmlaw.com
                                       Debbie.Rubin@gmlaw.com
                                       Florida Bar #988634
                                       Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff